USDC SCAN INDEX SHEET










LMM    11/19/99    8:56
3:97-CV-01297    SANTORO V. CTC FORECLOSURES SVC
*73*
*JGM.*

FILED

99 NOV 19 AM 7:56

[stamp: DISTRICT COURT / SOUTHERN DISTRICT OF CALIFORNIA]

BY: /s/ L. Mitchell

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANTORO and GRACE SANTORO, <br><br> Plaintiffs, <br><br> vs. <br><br> CTC FORECLOSURE SERVICES CORP. aka COUNTRYWIDE TITLE CORP. a California Corporation, COUNTRYWIDE FUNDING CORPORATION, a California Corporation, et al., <br><br> Defendants. | No. 97 CV 1297 (BTM) JFS <br><br> [PROPOSED] JUDGMENT OF DISMISSAL <br><br> [No hearing requested.] |

It appearing from the files and records in this action that the United States District Court for the Southern District of California entered an order of dismissal in the above-referenced matter, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Countrywide Home Loans, Inc. and CTC Foreclosure Services Corporation, and

///

///

1 | against plaintiffs Joseph Santoro and Grace Santoro.

2 | Dated: November 18, 1999

Hon. Barry T. Moskowitz
United States District Court Judge

6 | APPROVED AS TO FORM:

Louis G. Bruno
Attorney for Plaintiffs Joseph and Grace Santoro

Sanford Shatz
Attorney for Defendants Countrywide Home Loans, Inc. and CTC Foreclosure Services Corporation

S:\ss\l-c\santoro\judgment of dismissal            2

97 CV 1297                    Judgment of Dismissal